George Kersey
684 Newton Street
Chestnut Hill, MA
02467   (518) 966-9690
Mar. 16, 2024

Office of the Clerk
United States District Court
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re: Kersey v. Chewy, Inc.

Dear Clerk:

Enclosed is my Complaint against Defendant Chewy, Inc. for Trademark Infringement.

My Pauper Affidavits are on file with the District Court.

Please provide me with Summonses so I can have the Complaint served.

Respectfully,
George Kersey
Plaintiff
(518) 966-9690

*George Kersey*

United State District Court
District of Massachusetts

George Kersey
    Plaintiff,

v.

Chewy, Inc.
    Defendant.

Civil Action No.

Jury Trial Requested

## Complaint For Trademark Infringement

1. Plaintiff resides at 684 Newton Street, Chestnut Hill, MA 02467.

2. Defendant is at 7700 W. Sunrise Blvd, Plantation, FL - 33322.

3. Defendant's Agent is Corporate Creations Network, Inc. 225 Cedar Hill St. #200 Marlborough, MA. 01752

4. Plaintiff is an owner of US Trademark Registration No. 1302207 for Seafood Temptations.

5. When the Internet is accessed for "seafood temptations" it discloses a picture of Defendant's products bearing Plaintiff's trademark.

6. Defendant is not licenced to use Plaintiff's Federally Registed Mark.

7. Plaintiff requests damages for the unauthorized use of Plaintiff's mark, or entry into a licence agreement for past and continued use of the Mark.

Respectfully,
George Kersey
*George Kersey*